UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES COZZENS and I-75 OUTER
DRIVE ADULT BOOK STORE,

      Plaintiffs,

                                    Case No. 08-11778

v.

                                    Hon. John Corbett O'Meara

CITY OF LINCOLN PARK,
a municipal corporation,

      Defendant,

and

PAPALAS DRIVE DEVELOPMENT, LLC,
and HDV – LINCOLN PARK LLC,

      Intervenors.

_____/

**ORDER DENYING MOTION FOR "RECONSIDERATION
AND CLARIFICATION" AND TO INTERVENE AS PLAINTIFFS**

Before the court is a motion for "reconsideration and clarification," and to intervene as

plaintiffs, filed by Stephen Sadove, Johnathan Lee Riches, and Ricardo Salinas Pliego, who are

proceeding pro se. These proposed intervenors claim to have an "interest in this case to support

James Cozzens"; however, they do not specify what that interest is. Indeed, the proposed

intervenors' motion is so devoid of concrete factual allegations or any basis to permit

intervention pursuant to Rule 24 of the Federal Rules of Civil Procedure that the court considers

it frivolous.

IT IS HEREBY ORDERED that proposed intervenors' December 8, 2008 motion is

DENIED.

s/John Corbett O'Meara
United States District Judge


Date:  March 13, 2009




I hereby certify that a copy of the foregoing document was served upon the parties of record on
this date, March 13, 2009, by electronic and/or ordinary mail.


s/William Barkholz
Case Manager