UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES COZZENS and I-75 OUTER DRIVE
ADULT BOOK STORE,                                    Case No. 08-11778

        Plaintiffs,                               Hon. John Corbett O'Meara
                                                     Hon. Michael J. Hluchanuiak

v.

CITY OF LINCOLN PARK,

        Defendant,

and

PAPALAS DRIVE DEVELOPMENT, LLC,
and HDV-LINCOLN PARK, LLC,

        Defendant-Invervenors.

_____/

**ORDER OVERRULING OBJECTIONS TO
MAGISTRATE'S JULY 24, 2009 ORDER**

Before the court are objections to Magistrate Judge Hluchanuiak's July 24, 2009 Order

Regarding Claim of Privilege Relating to Seagraves Documents.  Objections were filed by the City

of Lincoln Park, Papalas Drive Development, LLC, and HDV-Lincoln Park, LLC, on August 20,

2009[1]; objections were also filed by non-parties Marion Bednarski, Cindy Rhodes Victor, and Lynn

Geist on August 7, 2009.  Both sets of objections have been fully briefed.

Pursuant to 28 U.S.C. § 636(b)(1)(A), this court may modify or set aside any portion of

Magistrate Judge Hluchaniuk's non-dispositive order that is "clearly erroneous or contrary to law."

_____

[1] These parties submitted a request to file extra pages in a joint submission on August 10, 2009;
the court granted this request on August 20, 2009.

See also Fed. R. Civ. P. 72(a). Having reviewed Magistrate Judge Hluchaniuk's thorough order, the parties' submissions, and the applicable legal authority, the court concludes that the order is not clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that the objections to Magistrate Judge Hluchaniuk's July 24, 2009 order are OVERRULED.

s/John Corbett O'Meara
United States District Judge

Date: October 9, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 9, 2009, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager